Dismissed and Memorandum Opinion filed April 9, 2009








Dismissed
and Memorandum Opinion filed April 9, 2009.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01163-CV

____________

 

IN THE INTEREST OF T.D.J. &
R.S.H.

 

 

 



 

On Appeal from the 315th District
Court

Harris County ,
Texas

Trial Court Cause No.
2007-07105J

 



 

M E M O R
A N D U M  O P I N I O N

This
accelerated appeal is from a judgment signed December 5, 2008.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On March
5, 2009, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant
has not provided this court with proof of payment for the record. Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and
Boyce.